No. 75–5381.  MACKEY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 75–5379.  McCARTNEY v. LATHROP ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–5430.  FAHRIG ET AL. v. FEDERATED DEPARTMENT STORES, INC., DBA RIKE-KUMLER Co.  C. A. 6th Cir.  Certiorari denied.

No. 75–5433.  GILBERT ET AL. v. STERRETT, JUDGE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5487.  LANDRY v. THE GORREDYK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5584.  WHITE v. ALABAMA.  Sup. Ct. Ala. Certiorari denied.  So. 2d 857.

No. 75–202.  FERGUSON REORGANIZED SCHOOL DISTRICT R–2 ET AL. v. UNITED STATES;

No. 75–214.  BERKELEY SCHOOL DISTRICT ET AL. v. UNITED STATES; and

No. 75–215.  KINLOCH SCHOOL DISTRICT ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE POWELL would grant certiorari in No. 75–214 limited to question whether a federal court has authority to fix and impose the school tax rate upon the residents of the consolidated school district without allowing the rate to be determined in accordance with Missouri law.  Reported below: 515 F. 2d 1365.